IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMIE KOHSER MARKS,  ]
       Plaintiff,  ]
v.  ]   CV-08-BE-0459-S
U.S. SECURITY ASSOCIATES, INC.  ]
and  ]
CHRIS HARGROVE,  ]
       Defendants.  ]

## VERDICT

### COMPENSATORY DAMAGES

1. How much, if any, may Ms. Marks recover in total compensatory damages against both Defendants? (including lost wages, if any, from USSA)

   $ __200,000__ (total against both Defendants)

2. What portion of those damages may be attributed to:

   USSA $ __150,000__ (sub-total)

| a. Sexual Harassment | $ 30,000 |
| b. Retaliation      lost wages | $ 1,600 |
|                           other | $ 18,400 |
| c. Wanton Supervision/Retention | $ 100,000 |

   Mr. Hargrove $ __50,000__ (sub-total)

| d. Intentional Infliction of Emotional Distress | $ 20,000 |
| e. Assault and Battery | $ 20,000 |
| f. Invasion of Privacy | $ 10,000 |

1

## PUNITIVE DAMAGES

1. How much, if any, may Ms. Marks recover in total punitive damages against both Defendants?

    $ 2,500,000

2. What portion of those damages may be attributed to:

    USSA $ 2,400,000 _____ (sub-total)

| a. Sexual Harassment | $ 200,000 |
| b. Retaliation | $ 200,000 |
| c. Wanton Supervision/Retention | $ 2,000,000 |

   Mr. Hargrove $ 100,000 _____ (sub-total)

| d. Intentional Infliction of Emotional Distress | $ 50,000 |
| e. Assault and Battery | $ 30,000 |
| f. Invasion of Privacy | $ 20,000 |

Done this 12 day of February 2010.

/Foreperson

2