FILED
2011 Mar-24  PM 04:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JAMIE KOSHER MARKS,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** <br> **2:08-cv-00459-KOB** |
| **U.S. SECURITY ASSOCIATES, INC., and CHRIS HARGROVE, Individually,** | |
| **Defendants.** | |

## SATISFACTION OF JUDGMENT AS TO
## DEFENDANT U.S. SECURITY ASSOCIATES, INC.

In accordance with the terms of a confidential settlement between Plaintiff Jamie Kohser Marks and Defendant U.S. Security Associates, Inc., Plaintiff acknowledges satisfaction of the Judgment against Defendant U.S. Security Associates, Inc. entered on October 26, 2010 in this matter (Doc. 330), and that the Judgment should be marked paid and satisfied in full.

This Satisfaction of Judgment is not intended to relate in any way to the Judgment against Defendant Chris Hargrove or waive or release any portion of the Judgment against Hargrove.  Mr. Hargrove's appeal remains pending before the Eleventh Circuit.

1

Respectfully submitted,

/s/Brett Adair
Brett Adair - ASB-4712-R71R
brett@adairlawfirm.com
ATTORNEY FOR JAMIE MARKS

**OF COUNSEL**:

**ADAIR LAW FIRM, L.L.C.**
The Highland Building
2201Arlington Avenue South
Birmingham, AL 35205
Phone:  (205) 933-8484
Fax:    (205) 933-8286

Alicia K. Haynes, Esq.
**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:    (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Marion Walker, Esq.<br>FORD & HARRISON<br>2100 Third Avenue North<br>Suite 400<br>Birmingham, AL  35203 | Drew D. Dropkin, Esq.<br>Michael W. Johnson, Esq.<br>KING & SPALDING, LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309 |
| Chris Hargrove, Pro Se<br>9675 County Road 813<br>Cullman, AL 35057 | Tammy Woolley, Esq.<br>WOOLLEY LAW FIRM<br>1747-B Oxmoor Road<br>Birmingham, AL 35209 |

/s/Brett Adair
OF COUNSEL