IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMIE KOHSER MARKS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-08-BE-0459-S |
| **U.S. SECURITY ASSOCIATES, INC.** | ) | |
| **and CHRIS HARGROVE.,** | ) | |
| | ) | |
| Defendants. | ) | |

### SATISFACTION OF JUDGMENT

Comes now JAMIE KOHSER MARKS, through her attorney, and notifies the court that defendant CHRIS HARGROVE has fully satisfied the judgment entered in favor of Jamie Kohser Marks in the amount of $150,000.00.

This 30 day of May, 2017.

_____
Jamie Kohser Marks

_____
Kenneth D. Haynes
Attorney for Plaintiff

OF COUNSEL:

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
kdhaynes@haynes-haynes.com
(205) 879-0377

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2017, a copy of the foregoing was electronically filed with the Court's CM/ECF system, which will automatically deliver notice upon the following:

Marion Walker, Esq.
Terry Price, Esq.
Ford & Harrison LLP
2100 Third Avenue
Birmingham, Alabama 35203

Tammy C. Woolley, Esq.
Anna M. Estes, Esq.
Woolley Law Firm
2013 First Avenue North, Suite 450
Birmingham, Alabama 35226

R. Brett Adair, Esq.
Carr Allison
100 Vestavia Parkway
Birmingham, AL 35216

Bert J. Miano
Miano Law PC
Black Diamond Building
2229 First Avenue North
Birmingham, Alabama 35203

_____
Of Counsel